**U.S. BANCORP, Appellant**

v.

**SOLUTRAN, INC., Appellee**

**2016-1302**

United States Court of Appeals, Federal Circuit.

August 8, 2016

DEVAN V. PADMANABHAN, Winthrop & Weinstine, P.A., Minneapolis, MN, argued for appellant. Also represented by MICHELLE DAWSON.

ROBERT JAMES GILBERTSON, Greene Espel, PLLP, Minneapolis, MN, argued for appellee. Also represented by SYBIL LOUISE DUNLOP.

(Wallach, Hughes, and Stoll, Circuit Judges ).

## JUDGMENT

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED AND ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**